# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN GIBSON, | CV F- 06-1805 OWW DLB P |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |
| v. | |
| J. WOODFORD, et. al., | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights complaint filed on December 12, 2006. The complaint appears to a cognizable claims for relief for deliberate indifference to serious medical needs in violation of the Eighth Amendment against defendants Woodford, Wan, Nguyen and Ruff and for excessive force in violation of the Eighth Amendment against defendants Padilla, Diaz, and Rocha. Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendants Woodford, Wan, Nguyen, Ruff, Padilla, Diaz, and Rocha.

2. The Clerk of the Court shall send Plaintiff seven (7) USM-285 forms, seven (7) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed December 12, 2006.

3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Copies (8) copies of the endorsed complaint filed December 12, 2006.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

**Dated:   October 12, 2007**            <u>/s/ Dennis L. Beck</u>
                                                   UNITED STATES MAGISTRATE JUDGE