IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BRIAN L. GIBSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JEANNE WOODFORD, et al.,<br><br>　　　　Defendants. | Case No. 1:06-CV-1805-BLW-MHW<br><br>**JUDGMENT** |

　　　The Court previously entered an Order dismissing this action with prejudice. Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's entire cause of action is DISMISSED with prejudice.

DATED: **March 29, 2010**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**JUDGMENT -1**